NORTHWESTERN TELEGRAPH COMPANY et al., Respondents, v. WESTERN UNION TELEGRAPH COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of a copy of the order with notice of entry thereof on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

MARIE KAHN, Appellant, v. GIMBEL BROTHERS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

HARRY E. POSNER, Respondent, v. PRECISION SHAPES, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

FORREST M. HASTINGS, Respondent, v. RUDY MOTORS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

HERMAN C. JONGEBLOED, as Administrator of the Estates of KATHRYN JONGEBLOED et al., Deceased, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant. HERMAN C. JONGEBLOED, Appellant; IRVING RODIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

ALEX KLEIN et al., Copartners Doing Business under the Name of EXCLUSIVE PERMANENT WAVE COMPANY, Appellants, v. JACK LAWSON et al., Individually and as Copartners Doing Business under the Name of JACK'S BEAUTY SALON, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

HILBERT I. TRACHMAN et al., Copartners Doing Business under the Name of TRACHMAN & KROSNER, Respondents, v. ARTHUR H. HUNTER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

JERRY PAPPALARDO, Respondent, v. PEPSI-COLA NEW YORK BOTTLING COMPANY, INC., Appellant.— Order, so far as appealed from, unanimously modified by denying an examination before trial as to items (a), (b), (d), (e), (f) and the last part of item (h), namely "and that the plaintiff has not failed or refused to serve any outlets in the territory assigned to him in the manner provided by the contract", and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

In the Matter of THOMAS J. KENNY, Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.